UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 01-00209(B)- RMT |
| Plaintiff, | ORDER SETTING HEARING DATES FOR DEFENDANTS' MOTIONS TO DISMISS |
| vs. | |
| ROYA RAHMANI, et al., | |
| Defendants. | |

This matter has come before the court on motions to dismiss filed by Defendants Roya Rahmani, Alireza Mohammadmoradi, Moustafa Ahmady, Hossein Kalani Afshari, Hassan Rezaie, Navid Taj, and Mohammad Hossein Omidvar ("Defendants" or "all defendants" ) and on defendants' motion for disclosure of grand jury transcripts.

On May 9, 2008, in recognition, in part, that some pretrial motions had been filed before the Second Superseding Indictment ("Indictment") was filed and before new counsel had been appointed, the court ordered the parties to advise the court and other parties, in writing, whether the moving party would be withdrawing or revising any of the then pending motions, or whether the motion stood as filed. May 9, 2008 Order Re: Scheduling of Pretrial Motions, Doc. No. 771.

On July 15, 2008 defendants filed fifteen motions to dismiss, challenging various aspects of the Indictment filed on November 29, 2007. *See* Defendant's Summary Chart

of Motions Filed July 15, 2008, Doc. No. 788.

On August 4, 2008, Defendant Omidvar filed an additional motion to dismiss which was subsequently joined by Defendant Taj on August 15, 2008. Joinder in Motion to Dismiss Counts 1-23 and 32-58, Doc. No. 812.

On September 17, 2008, the court reminded parties that they were yet to notify the court whether motions filed before July 15, 2008 were either revised, withdrawn or renewed. September 17, 2008 Minute Order Re: Status of Pending Motions, Doc. No. 834. On September 19, 2008, defendants filed their Response Re: Status of Previous Motions addressing the court's September 12, 2008 Order.

Accordingly,

IT IS ORDERED that hearings are set for 9:30 a.m. for defendants' motions to dismiss as follows:

| Doc. No. | Motion | Moving Party (ies) | Hearing Date |
| --- | --- | --- | --- |
| 795 | Defendants' Motion to Invalidate the Government's 18 U.S.C. § 3292 Applications | All defendants | Tuesday, March 17, 2009 |
| 796 | Defendants' Motion to Dismiss New Counts In First And Second Superseding Indictments Pursuant to the Statute of Limitations | All defendants | Tuesday, March 17, 2009 |
| 797 | Defendants' Motion to Dismiss New Counts In First And Second Superseding Indictments Pursuant to Sixth Amendment Speedy Trial Requirement And Rule 48(B) | All defendants | Tuesday, March 17, 2009 |

| Doc. No. | Motion | Moving Party (ies) | Hearing Date |
|---|---|---|---|
| 809 | Defendants' Motion to Dismiss Counts 1-23 And 32-58 as Time Barred | Omidvar, Taj | Tuesday, March 17, 2009 |
| 798 | Defendants' Motion to Dismiss Money Laundering Counts 32-58 for Failure to State an Offense | All defendants | Friday, March 20, 2009 |
| 800 | Defendants Rahmani's and Mohammadmoradi's Motion to Dismiss Counts 24-26 for Failure to Allege any False Statements to a Bank | Rahmani, Mohammadmoradi | Friday, March 20, 2009 |
| 801 | Defendant Rahmani's Motion to Dismiss Counts 59-65 for Failure to Allege Knowledge of Status | Rahmani | Friday, March 20, 2009 |
| 802 | Defendant Rahmani's Motion to Dismiss Counts 27-30 for Alleging that Immigration Documents Were Counterfeit | Rahmani | Friday, March 20, 2009 |
| 803 | Defendant Rahmani's Motion to Dismiss Counts 28-30 for Alleging Criminal Activity in a Foreign Consulate | Rahmani | Friday, March 20, 2009 |
| 789 | Defendants' Motion to Dismiss Counts 59-117 for Violating the Ex Post Facto Clause and Being a Bill Of Attainder | All defendants | Friday, March 27, 2009 |
| 790 | Defendants' Motion to Dismiss Counts 59-117 Pursuant to the First and Sixth Amendments | All defendants | Friday, March 27, 2009 |

| Doc. No. | Motion | Moving Party (ies) | Hearing Date |
|---|---|---|---|
| 799 | Defendants' Motion to Dismiss Counts 60-82 for Alleging only Solicitation but not Material Support | Rahmani, Ahmady, Afshari, Mohammadmoradi | Friday, March 27, 2009 |
| 791 | Defendants' Motion to Allow Defendants to Challenge MEK's Designation as a Foreign Terrorist Organization or to Dismiss Counts 59-117 | All defendants | Friday, April 3, 2009 |
| 792 | Defendants' Motion to Dismiss the Indictment for Violating the Fifth Amendment Due Process Clause | All defendants | Friday, April 3, 2009 |
| 794 | Defendants' Motion To Dismiss For Selective Prosecution | All defendants | Friday, April 3, 2009 |

\#

\#

\#

\#

\#

\#

\#

\#

\#

\#

IT IS FURTHER ORDERED that to the extent defendants' arguments in the following motions are not incorporated in the motions stated above, the following motions are denied as moot:

| Doc. No. | Motion |
|---|---|
| 509 | Motion to Dismiss Counts 60-63 of the First Superseding Indictment Pursuant to the Statute of Limitations |
| 510 | Motion to Dismiss Counts 1-7 of the First Superseding Indictment |
| 511 | Motion to Dismiss Counts 60-63 of the First Superseding Indictment Pursuant to the Speedy Trial Requirement and Rule 48(B) of Criminal Procedure |
| 565 | Motion to Dismiss the Superseding Indictment for Grand Jury Bias |
| 611 | Motion to Dismiss Counts One, Two through Twenty-Three, Twenty-Six, Thirty One through Fifty-Nine and Seventy-Five through One Hundred Seventeen of the Second Superseding Indictment Pursuant to the Statute of Limitations |

Dated: January 20, 2009.

_____
ROBERT M. TAKASUGI
United States District Sr. Judge