UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROYA RAHMANI, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CR 01-00209(B)- RMT <br><br> ORDER RE: GOVERNMENT'S MOTION FOR FOREIGN DEPOSITIONS PURSUANT TO FEDERAL RULE OF EVIDENCE 15 |

    This matter has come before the court on the government's motion seeking authorization for the taking of deposition of witnesses who live in Japan. Government's Motion for Foreign Depositions Pursuant to Federal Rule of Evidence 15 ("Gov't Mot. for Depos."), Doc. No. 567; Government's Response to Court's September 17, 2008 Order Re: Status of Pending Motions ("Gov't Resp."), Doc. No. 837. Since the filing of such motion, the government has advised the court that depositions can be conducted here in the United States. Gov't Resp. at 3.

    The court, having considered the pleadings and other papers filed herein, the court finds that exceptional circumstances are present in this case to warrant the taking of depositions here in Los Angeles, California, of government witnesses who live in Japan in order to preserve their testimony in the event such witnesses are unavailable for trial.

1     Accordingly,

2     IT IS ORDERED that Gov't Mot. for Depos, Doc. No. 567, as modified by the Gov't Resp. filed on September 19, 2008, Doc. No. 837, is HEREBY GRANTED, such that said depositions shall be conducted in Los Angeles, California.

Dated: January 27, 2009.

                                      ROBERT M. TAKASUGI
                                      United States District Sr. Judge