UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ROYA RAHMANI, et al.,<br><br>  Defendants. | Case No. CR 01-209(B)-RMT<br><br>ORDER |

This matter having come before the court on the motion[1] by defendants Roya Rahmani, Alireza Mohammadmoradi, Moustafa Ahmady, Hossein Kalani Afshari, Hassan Rezaie, Navid Taj and Mohammad Hossein Omidvar to advance the hearing on the government's motion for reconsideration of this court's January 20, 2009 discovery order from March 9, 2009 to February 17, 2009 (Document #897), and the court having considered the record herein,

//
//
//
//

---

[1] Although defendants entitled their request a "motion," they intend it to be an *ex parte* application. As such, it shall be treated as an *ex parte* application.

1

1           IT IS ORDERED that with respect to the currently pending motion by
2    the government for reconsideration of this court's January 20, 2009 discovery order,
3    the March 9, 2009 hearing date is vacated; the government shall file its reply to
4    defendants' opposition, if any, no later than 3:00 p.m. on February 17, 2009.  On
5    February 23, 2009, the court shall either issue a ruling or set the matter for hearing.
6    Dated: February 10, 2009

                                    _____
                                    ROBERT M. TAKASUGI
                                    United States District Sr. Judge