UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 01-00209(B)- RMT |
| Plaintiff, ) | |
| ) | ORDER DENYING DEFENDANTS' MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS AND DENYING DEFENDANTS' MOTION TO DISMISS THE INDICTMENT FOR GRAND JURY BIAS |
| vs. ) | |
| ) | |
| ROYA RAHMANI, et al., ) | |
| ) | |
| Defendants. ) | |

This matter has come before the court on motions by Defendants Roya Rahmani, Alireza Mohammadmoradi, Moustafa Ahmady, Hossein Kalani Afshari, Hassan Rezaie, Navid Taj, and Mohammad Hossein Omidvar ("Defendants") for disclosure of grand jury transcripts and to dismiss the Second Superseding Indictment ("Indictment") for grand jury bias.

On July 15, 2008, Defendants filed their Motion to Dismiss the Second Superseding Indictment for Grand Jury Bias, Document Number ("Doc. No.") 793.[1] On September 10, 2008, the government filed its Omnibus Opposition to Defendants' Motions to Dismiss the Indictment, Doc. No. 830. On September 22, 2008, the government filed an *ex parte* application for an order to allow the government to submit

---

[1] Document Number refers to the entries in the court's docket for this case.

grand jury transcripts *under seal* and *in camera* for the court's review. On October 15, 2008, the court granted the government's request and on October 17, 2008, the defendants' moved the court for disclosure of the transcripts in question. The court then granted defendants an evidentiary hearing on defendants' motion for disclosure of the grand jury transcripts, which was held on February 17, 2009.

The court has considered the record herein, including the pleadings, testimony, *in camera* submissions and other evidence in this matter. In light of the evidence introduced during the evidentiary hearing and after examining the transcripts of the grand jury proceedings *in camera*, the court concludes there was no error in the proceedings. See *United States v. Fowlie* 24 F.3d 1059, 1066 (9th Cir. 1994) (finding no abuse of discretion in district court's examination of transcripts of grand jury proceedings *in camera* in determining whether said transcripts should be disclosed and in evaluating defendants' motion to dismiss.) Because there was no error in the proceedings, the defendants were not prejudiced. *United States v. Smith*, 424 F.3d 992, 1003 (9th Cir. 2005) citing *Bank of N.S. v. United States*, 487 U.S. 250, 254 (1988) ("A district court may not dismiss an indictment for error in a grand jury proceeding unless the error prejudiced the defendant.")

Accordingly,

IT IS ORDERED that the Defendant's Motion for Disclosure of Grand Jury Transcripts Filed *in Camera* and *Under Seal*, Doc. No. 873. is HEREBY DENIED.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss the Second Superseding Indictment for Grand Jury Bias, Doc. No. 793, is HEREBY DENIED.

Dated: February 20, 2009.

_____
ROBERT M. TAKASUGI
United States District Sr. Judge